THE STATE OF OHIO, APPELLANT, *v.* ARBAUGH, APPELLEE.

[Cite as *State v. Arbaugh* (1997), 78 Ohio St.3d 133.]

(No. 96–2736—Submitted March 4, 1997—Decided April 9, 1997.)

*Robert L. Konstam,* Mansfield Law Director, and *David L. Remy,* Assistant Law Director, for appellant.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *Hilliard v. Elfrink* (1996), 77 Ohio St.3d 155, 672 N.E.2d 166. The cause is remanded to the court of appeals for that court to address appellant's remaining assignment of error, which was found to be moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.